# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

Kevin DAWSON _____

_____

_____

*Plaintiff(s)/Petitioner(s)*

v.

Jonathan Wilson _____

IN individual & official capacity

Beau Jones _____

IN individual & official Capacity

Illinois Department of correctional

*Defendant(s)/Respondent(s)*

Case Number: 25-859-DWD

_____

*(Clerk's Office will provide)*

☑ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C. §§1346, 2671-2680, or other law

## I.    JURISDICTION

**Plaintiff:**

A.    Plaintiff's mailing address, register number, and present place of confinement.

**Defendant #1:**

B.    Defendant Jonathan Wilson is employed as
(a)          (Name of First Defendant)

Officer Internal affair #Badge 2653
(b)          (Position/Title)

with Pinckneyville Correctional Center / DOC
(c)          (Employer's Name and Address)

5835 State Route 154 Pinckneyville IL 62274

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?    ☑ Yes    ☐ No

If your answer is YES, briefly explain:

He working at Illinois department of correctional as %
Internal affair division in prison Pinckneyville

Rev. 10/3/19

**Defendant #2:**

C.    Defendant _Beau    Jones_ is employed as

(Name of Second Defendant)

_% officer Pinckneyville Correctional officer_

(Position/Title)

with _Pinckneyville C.C Illinois_

(Employer's Name and Address)

_5835 State Route 154 pinckneyville IL 62274_

At the time the claim(s) alleged in this complaint arose, was Defendant #2
employed by the state, local, or federal government?    ☑ Yes    ☐ No

If you answer is YES, briefly explain:

Working at pinckneyville C C ILlinois as a officer

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

Defendant ILLinois Department of correction
AN IS All The Time Relevant in This case
As A Body B/c its The employer of officers
name in This suit

Rev. 10/3/19

## II.    PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☐Yes  ☐No

B.    If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.    Parties to previous lawsuits:
Plaintiff(s):  Kevin DAWSON

Defendant(s):  Christine Brown  IDOC  Wexford inc

2.    Court (if federal court, name of the district; if state court, name of the county):  Southern district court IL

3.    Docket number:  3:18-cv-2058-NJR

4.    Name of Judge to whom case was assigned:  Dont have paper work of Jude I try to get it from Law Library They never send it

5.    Type of case (for example: Was it a habeas corpus or civil rights action?):  Civil Rights action

6.    Disposition of case (for example: Was the case dismissed?  Was it appealed?  Is it still pending?):
settlement was Reach

7.    Approximate date of filing lawsuit: around 2018 october or so

8.    Approximate date of disposition: around 2022 or so i think

9.    Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"

NO

III.    **GRIEVANCE PROCEDURE**

A.    Is there a prisoner grievance procedure in the institution? ☑ Yes    ☐ No

B.    Did you present the facts relating to your complaint in the prisoner grievance procedure? ☑ Yes    ☐ No

C.    If your answer is YES,
   1.    What steps did you take?

   File a grievance emergency was deem By CAO

   2.    What was the result?

   Appeal The Grievance second Level an Warden all The way To Administrative Review Board

D.    If your answer is NO, explain why not.

E.    If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes    ☐ No

F.    If your answer is YES,
   1.    What steps did you take?

Rev. 10/3/19

1 Parties to previous Lawsuits
   Plaintiff (3)  Kevin Dawson, Lacey Farris etc

   Defendants(s) Cook county  Thomas Dart

2 Court (if federal court. name of the district if state court. name of county)
   Federal court Chicago IL downtown

3 Docket number dont Remember I try get the case # Law Library in minard
   They never Provide Me with information

4 Name of Judge to whom case was assigned. dont have it

5 Type of case       Civil suit Ada Suit

6 Disposition of case. was settlement Reach

7 Approximate date of filing Lawsuit: Around 2014 or So

8 Approximate date of disposition Around 2015 or So

9 Was The case dismissed as being frivolous malicious or for failure to state a
   Claim upon which Relief may Be granted and/or did The court tell you that
   You Recieved a "Strike" NO


① Parties to Previous Lawsuits
   Plaintiff  Kevin Dacoson

   Defendants City of Chicago police department & Thomas Dart

2 Court :  File in Federal court Chicago IL downtown Northern district court

3 Docket number dont Remember I try get the case # for all Lawsuits ever
   File since Lock up from Law Library they never provide me with it

4 name of Judge to whom Case was assigned  I dont Know who it w

5 Type of case Civil suit

6 Disposition of CASE  Was settle With chirgo police & Thomas Jad was Jusmiss

7 Approximate date of filing Lawsut Abound 2012 or so

8 A proximate tale od tispo shon  Around 2017 or so i dont Member Sate

9 was The case Jumissed as bein frivoloas  malicious or for Fauluee to state
   a  claim upon which Relief may Be granted and)or did the court tell you
   That you Recieved  A "Strike"  NO

(1) PARTIES TO Previous LAWsuits
    Plaintff Kevin DAWSON
    Defendant PAtel et al

(2) COuRT File it in nORTherN District court federal Chicago IL

(3) Docket number dont ReMeMber I Try Retrieve it Through The Menaid LM
    Library They Never pull Them up for Me EVEN Though r Explain

(4) name of Judge to whom Cabe was assigned: I dont Know whom it wa

(5) TYPE of CAse: Civil suit about Medical

(6) DISPOSition of CASE: Was dismisse I

(7) Approximately DAte of Filing Lawsut: AROUND 2013 or so

(8) Approximately DAte of Disposition: Around 2013 i dont Member Thaysh

(9) WAs The case dismisse & as Bein Frivolcus malicious or for failure TO
    STATE A claim upon which Relief MAy Be granted and/or did The COurT Tel
    you That you Recieved a "STRIKE" NO

IV.    **STATEMENT OF CLAIM**

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

I Kevin Dawson File in This Lawsuit under 8 Amendment against Defendant I Kevin Dawson M53531 is a paraplegic wheelchair bound individual in custody on May 30th 2024 while in Pinckneyville Correctional center I was severely Beaten up about 6pm or so in a office in Healthcare unit While Handcuff front ward in my WheelChair By Jonathon wilson Badge# 2653 internal affair % while % Beau Jones Badge #8648 holding my Legs Jonathon wilson was Behind Me Holding me in my hair an Continually Punching me in my Right eye with all his mights with closed fist Till Blood Gushing out That Left Me Recieving 6 Stitches to Right eye at Pinckneyville Community Emergency Hospital AN X Ray Reveal I have a severely fracture Right eye orbit. And They send Me To St Louis hospital B/c Pinckneyville Emergency hospital Said That they wasn't Equipped To Treat Me.

Saint Louis Hospital Said That i need surgery To Put A Metal Plate IN My Face To fix severely fracture eye orbit. And Jonathon wilson AN Beau Jones Violated 8 Amendment By using excessive forces against Me while i was handcuff in My WheelChair. On may 30th 2024 about 5:40pm or so i was in my cell 14 R3 When Jonathon wilson AN Beau Jones and officers Heck #13787 Came To Search my cell I was in cell with Next inmate Taylor I was taken To Shower

Rev. 10/3/19

STATEMENT of Claim Continue

Heck Search me in R3 & my celly TAYLOY While Jonathon Wilson & Beau Jones Search cell nothing was found in cell so % Heck Left out The Buildin AN I.A wilson & Beau Jones Came Get me from Shower am still HANDCUFF Take me in cell & wilson took my Handcuff off so i get out my Chaire I Then Tell I.A wilson i need to see A Lieutenant or sergant B/c i Tired Bein Harrass By Them. And Wilson an me Talking Loud To each other an wilson tell me to cuff up Back. Beau jones STAY at Joor. Sgt Stowers Came To see Why He inside Cell. So Wilson stated if I dont Cuff up Back He will Spray me with pepper spray. AND Sgt Stowers ask I.A Wilson if He want Him Sgt Stowers To Spray me DAWSON? Wilson stated NO. WILSON STATED He going To Seg I'll Deal with Him. So I gave wilson one hand Beau Jones Grab my other hand an handcuff me fronts wards in my Wheel Chair. AT SOME wilson hit me in my JAW I Believe with His Hand or Elbow Bending my hand up While Cuffing me up. AND Jones Holding my hand while it cuff up and Holding my WheelChair on my Right Side. I.A WILSON was Behind my wheelChair Pushing my Head down wards To my LAP/Chest an Pushing my wheelChair with one HAND. SO When i Reach outside of R3 Buildin By me Been Paralyzed My Leg/Feet fell off wheelChair Foot Rest and I told them my Leg/Feet under The wheelChair. wilson STATED exact Works I dont give a F an continue But STOP B/c Realize That Chaire HARD TO PUSH And said TO Beau Jones. I THINK He HAVE The Brakes ON

But it B/c my feet was under chair. so They Put my legs up on foot Rest. uPON Reaching a closed gate To Healthcare unit. I START Clear my Throat B/c I was about to spit on ground. All This Time Wilson STill got a grip around The Back of my Head neck Back Pushing my head down Towards The Ground Like you see on T.V when Police Pushin People head towards ground while escorting Them. I cant Move my Head The way He got a grip of my neck Back up or Side to Side AT ALL. I SAid why you Hit Me in my JAw I ASK Him wilson? B/c i got Hit in Cell WILSON STATED Exact Words IF you SPiT ON ME I will surely Hit you un FAce. first wilson STATED I didnt Hit you But i'll let you Know This Right now if you spit on me i'll surely Hit you un your FACE. and Heard He Tell A officer or Heard He wilson STATED out Loud get a spit mask an Bring To Healthcare unit so we Reach HCU. A RN Joy K was at front desk an said DAWSON Wilson Push roy wheelChair in office on Right with a ½ Glass door. Wilson still Behind Me an Beau Jones still Holdin my cuff Hand and on my Right side STill. A IRON STOOL with a Chair on ground direct front of Me. wilson Then STATED go on STOOL. I Reply, cant sit on Their AM Paralyzed an cant sit on their. WILSON STATED we'll Help you I was, cant sit on there am paralyzed and dont have no Balance I need To see a major or Lieutenant. So wilson Tell Beau Jones Het Put Him on There. So Beau Jones Grab my Legs While Still on Right side of my wheelChair. and I'A WILSON STil AN AT AIL TIME was Behind Me Since Leave R3 B14. I said i Need see A major or Lieutenant It cant sit on There So i STARTED to Hold ON To my wheelChair while I was STill Cuff up un

front Wilson Jonathon #2653 grab Me with Both his arm under my Arm while still Remain Back of Me. Try To Lift Me out my WheelChair And I Telling Them am Paralyzed i cant sit on a Stool B/c dont have no Balance. Wilson Tell Beau Jones Let get him on Stool an TRY Rip my hand To Let go my wheelChair while am sitten in it.

Next Thing you Know wilson while Back of me grab my hair while in Ponytail and Just Rapidly STARTED TO Push me up in my Right eye Continually like with all his might Till i feel like am Short of Breath While Beau Jones Holding Me. I START feel liquid Running down my Face and screemen out nurse nurse nurse so Prayen for RN Jo Kolzenewski would came and see how They Beating me Real Bad while am Handcuff in w/chair helpless. Then wilson Flip Me out my chair an Put me Lay down on Belly with his Knee in my Back and pushing my face To Ground on office while jones watch ON. & Jones sit on my Legs and am Tellen him i cant Breath While am crying asking Him why you Beat me up like this for no Reason.? Wilson Reply I dont do you nothing you Hit your face on wall or ground exact words. which is a outRight lie. so i was you Bogus as hell Beaten me up and i was I cant Breath B/c he got his Knee in my Back an weight on me for about 5+minutes on Ground with out Them giving me or Call no Medical. so i feel like am Losing Consciousness AN wilson Look/Talken To Jones an said he hit his nose on ground or wall B/c at The Time wilson dont Know its Top of my Right eye split open B/c at all Time when He was Beaten me Punchin me in my eye He was Behind Me. and Then Heard He Tell Beau Jones go Search That.

Statement of Claim

Cushion so Jones left out Room closed door Back and about 5 minutes or so Between Door open and I heard Jones said wallmart Special. TLC or TCL That why he was acting up. Wilson Then Told Jones go make The call. and Then get a nurse To come Clean him up. he hit his nose on wall or ground. Tell % Jones what to say Knowingly its a Lie an Knowingly Jones Know its a Lie B/c he watch Wilson Beat me up an don't do nothing or Say nothing to stop him or protected me from Wilson Beating me up. RN came an said he look like am going in an out conscious so Wilson start Shake me an check my pulse an saying get u RN male Clean Cut Stated he'll Need Stitches he got go call th Doctor Wilson was aint you all do Stitches here? RN Reply yes But PA not here He'll go Talk Doctor an see how deep its. Came Back When RN came ask what happen I told him Wilson Beat me up Wilson Reply no i didnt he hit his face on wall or ground. which is a Lie   RN said doctor said i have to go To outside Hospital   Major came i told him Wilson Beat me up. Major Reply I dont Think He do That. Wilson was i didnt You hit your face on wall or ground % heck came i was To % heck Wilson Bogus as Hell Beating me up like This i Told Heck Heck Reply no he didnt. I Reply you wasnt even here Heck Reply no I was nt. Heck Reply you Tryin To assualt Them which is a Lie B/c heck 1st Time i see Him after He finish search R3 an Left Builden while i was at Shower Major Tell Wilson go get Camera To Take Picture so Before That Wilson ask Jones Did you get hit or Spit on?

Beau Jones Reply no I didnt get spit on. But i get Hit in The FACE But I dont Know if its in here (office) or in cell.

Jones ask wilson did you get hit or spit on? wilson Reply no I didnt get hit or spit on

Both % Know i didnt hit or spit none of them But came up With Something B/c i Was Badly Beaten up

① Excessive force against Jonathon Wickson for Beati Me up That Severely injury Me while handcuff and He had Pepper Spray and i was not no Threat to him at no time B/c he was Back of Me all the Time

count 1 Violation of 8 amendment

② Cruel an unusual punishment violation of 8 amendment for Beaten Me up That cause Real Bodily harm To Me That left Me with 6 stitches an Require Me To Put a metal Plate in Face To fix eye orbit That will Be there for Rest of my Life

③ Against Beau Jones for his involvement and fail to Protected Me from his partner Beating Me up and didnt say or do nothing But watch and Hold my Legs while am getting Beat up severely an for violating 8 amendment unlawful search an seizure
  Both have Violated The 8 amendment

④ This Civil suit action is Brought Pursuant to 42 U.S.C 1983 and Seek Relief for violation under color of STATE LAW

P97

B/c Plaintiff Dawson Clearly Established Rights Secured By
The  Eighth amendment to the united STATES constitution

Defendant IDOC is an angency of The STATE of illinois
and Therefore Responsible for The Policies Procedures an practices
implemented Through Department and employees and any injury
occasioned Thereby

. At All Time Defendants Employment with Illinois department of
correction an cognizant aware of The Clearly Establish duty
owed to Prison inmates By Prison official personnel like them
self which duty is secured By the Eighth amendment of united States
Constitution and federal LAws

Dawson at all Time is Paralyzed an wheelChair Bound
Disabilities limited his Movement an Defendant was aware
B/c Dawson Told Them He is Paralyzed Just incase They
were not aware when They Told him sit on a IRon stool
That Regular inmates sit on. so They cant said they were not
aware of His Paraplegic Status

4/23/2025

Dawson

2.    What was the result?

G.    If your answer is NO, explain why not.

H.    Attach copies of your request for an administrative remedy and any
response you received.  If you cannot do so, explain why not:

I Also have My First Grievance I wrote an
A.R.B Response. But I didnt attach it B/C
I Send all My copies To Thomas g Morrissey
To see if He was willing To pick up case
And i wrote Him Back for my copies or Original
Paper i send Him if He nott willing to pick The
case up I Also attach different Response

## V.     REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

Asking This Court Find Both To Pay Compensatory in amount of $200,000.00 and Punitive damage of $200,000.00 and award any other fee This court feel is deem faie and Just in cluded compensatory damage an punitive damage and attorney fees Court deem is faier an Just

## VI.     JURY DEMAND (check one box below)

The plaintiff ☒ does  ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on:     4/23/2025     
(date)

_____
Signature of Plaintiff

PO Box 1000
Street Address

Kevin Dawson
Printed Name

Menard IL 62259
City, State, Zip

M53531
Prisoner Register Number

_____
Signature of Attorney (if any)

Rev. 10/3/19

**United States District Court**
**SOUTHERN DISTRICT OF ILLINOIS**

Kevin Dawson
_____
Plaintiff,                                    )
                                              )
                                              )
VS.                          Individual an   )        Case No.: _____
Jonathon Wilson official capacity )
Beau Jones official an individual capacity )
_____ )
        Defendant                             )
Illinois Department of Correction )

**NOTICE OF FILING**

TO: Jonathon Wilson          TO: Beau Jones
5835 State Route 154            5835 State Route 154
Pinckneyville Il 62274         Pinckneyville IL 62274

TO: Illinois Department of    TO: _____
Correction.                        _____
Springfield IL 62794-4277          _____
P.O. Box 19277

PLEASE TAKE NOTICE that on MAY 01 , 20 25 , I have provided service to the
person(s) listed above by the following means:

☒    Electronically filed through Menard Correctional Law Library

☐    Institutional mail at _____ Correctional Center, properly
     addressed to the parties listed above for mailing through the United States
     Postal Service.

**DECLARATION UNDER PENALTY OF PERJURY**

Pursuant to 28 USC 1746 and 18 USC 1621, I declare under penalty of perjury that I am a named party in
the above action, that I have read the above documents, and that the information contained therein is
true and correct to the best of my knowledge.

Date: 5/01/2025

/s/ _____
NAME: Kevin Dawson
IDOC#: M53531
Menard Correctional Center
P.O. Box 1000
Menard , IL 62259



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Name **Dawson, Kevin**          ID Number **M5J531**

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1.   Is this a new civil rights complaint or habeas corpus petition?          Yes or **No**

     If this is a habeas case, please circle the related statute:   28 U.S.C.  2241 or 28 U.S.C. 2254

2.   Is this an Amended Complaint or an Amended Habeas Petition?          Yes or **No**

     If yes, please list case number: _____

     If yes, but you do not know the case number mark here:·          _____

3.   Should this document be filed in a pending case?          **Yes** or No

     If yes, please list case number:   **3:25-CV- 00742- SMY**

     If yes, but you do not know the case number mark here:          _____

4.   Please list the total number of pages being transmitted:          **38**

5.   If multiple documents, please identify each document and the number of pages for each document.  For example:  Motion to Proceed In Forma Pauperis, 6 pages;  Complaint, 28 pages.

| Name of Document | Number of Pages |
| --- | --- |
| Notice | 1 |
| Civil Complaint | 37 |
| | |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record.   Discovery materials sent to the Court will be returned unfiled.

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

**Individual in**
**Custody Name:** Dawsons _____ Kevin _____ **3** M5351
Last Name        First Name        MI    ID#

**Facility:** Menard

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: 5/30/2024 _____ or ☐ Correspondence: Dated: _____

Received: 7/11/2024  7/29/24  Regarding: Staff conduct - alleges being beaten by Jonathan Wilson 5/30/24
Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Individual in Custody's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Individual in Custody's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:
Administrative Review Board, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the individual in custody grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☒ This office previously addressed this issue on 8/1/2024
Date

☐ No justification provided for additional consideration.

**Other** (specify): _____

Completed by: Lisa Weitekamp _____ L. Wittlewp _____
Print Name        Signature        Date

Distribution: Individual in Custody        *Printed on Recycled Paper*        DOC 0070 (Rev. 9/2023)
Administrative Review Board

INfirmary
HCU

D.P.

Housing Unit: 3-23 Bed #: ______

Illinois Department of Corrections
**Individual in Custody Grievance**

Pilot Program Only

| Date: MAY 30-2024 | Individual (please print): Kevin DAWSON | ID #: M53531 | Race (optional): B/K |
|---|---|---|---|
| Current Facility: MENARd | Facility where grievance issue occurred: PINCKNeyville | | |

Nature of Grievance:
- ☒ Staff Conduct
- ☐ Medical Treatment
- ☐ Disciplinary Report: ______ Date of Report ______ Facility where issued
- ☐ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit
- ☐ Dietary
- ☐ Personal Property
- ☐ Mail Handling
- ☐ Other (specify): ______
- ☐ PREA
- ☐ HIPAA

**Note:** Protective Custody denials may be grieved immediately via the local administration on the protective custody status notification.

**Attach a copy of any pertinent document** (such as Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

- **Counselor,** unless the issue involves discipline, is deemed and emergency, or is subject to review by the Administrative Review Board
- **Grievance Officer,** only if the issue involves discipline at the current facility or issue not resolved by counselor
- **Chief Administrative Officer,** only if **EMERGENCY** grievance
- Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility, except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

**Date & Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and name or identifying information for each person involved):

ON MAY 30 2024 Bout 6½pm I was Violently Beating in face By INTERNAL AFFAIR JONATHAN WILSON #2653 which left Me with 6 stitches Right eye. AND Badly facture Right eye Orbit-urbit which Require Surgery an Mental plate To Fix ☐
ON 5-30-2024 I.A WILSON an Beau JONES #8648 Take Me To Health Care unit Said i'll go SEG about 6½pm or So upon Reachin HCU Both Push Me in my Wheel Chair B/C am a paraplegic from Waste down i was Hant Cuff. So push Me forward in Closed Room upon in There I.A Wilson

☒ **EMERGENCY:** Check only if grievance involves substantial risk of imminent personal injury or other serious or irreparable harm to self.
☐ Check if this is NOT an emergency grievance
☒ Continued on Reverse

**Relief Requested:** for Independent investigation into Matter By outside or federal agent And Hold Beau Jones 8648 accountable for Lying that wilson didnt Beat Me up & Submit to Lie detector test an Wilson 2653 accountable an Be Charge for Beating Me Real Bad That left with injuries That Require Surgery an Submit to Lie detector test too individually an professionally for any action taken Statement wasnt partially wit Billy Stanhouse Am Requesting to speak to outside independent agent B/c when i gave Statement To I-A Billy Stanhouse his Response was i dont think wilson do you that i see his hand No Blood Ib not impartially B/C They work Same office & was is this Boat what Happen of u defend c/o He stop

Dawson ______ M53531 ______ June 21-2024 8pm
Individual in Custody Signature ______ ID # ______ Date

**Counselor Response** (if applicable): **Date Received:** 7/22/24
☒ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

This grievance will need to be forwarded to the ARB since it involves [illegible] outside of Menard CC.

RECEIVED
JUL 29 2024
ADMINISTRATIVE REVIEW BOARD

[signature] [signature] 7/22/24

**Note to Individual:** If you disagree with the counselor's response, it is your responsibility to forward grievance, with counselor's response, to the grievance officer.

**EMERGENCY REVIEW:** Date Received: ______ [stamp] JUL 16 2024

Is this determined to be of an emergency nature:
☐ Yes; expedite emergency grievance.
☒ No, an emergency is not substantiated. Individual should submit this Grievance according to standard grievance procedure.

[signature] 7-17-24
Chief Administrative Officer Signature ______ Date

Assigned Grievance #/Institution: K4-0724-3185
First Level Received: MEN JUL 18 2024
Second Level Received: ______

___ Please check if using if utilizing follow up DOC 0743p

C/o Heck #13787
c/o J. Wilson #2653
c/o B. Jones #8648
7C- Physical / Excessive Force

Distribution: Master File, Individual

DOC 0046 (Rev. 06/2022)

Illinois Department of Corrections
Individual in Custody Grievance

12653 STATE I need go ON stool IRON which call Security Stool. I was I cant go ON There I am paralyze. I cant sit on there. He wilson 2653 Reply you'll go ON there. I was I need to see a major He Reply Wilson 2653 We'll Help you Wilson 2653 Back of Me all The Time While C/o Beau Jones 8648 IS INfront ON My Right Wheel Chair front Wheel. Wilson Try To pick Me up out Wheel Chair AND Tell Jones Beau To Help. So Jones Beau grab my Legs while WILSON got his Hand Like under my Shoulder arm I Refuse By Start Holding My WheelChair Right handle grippin It with Both Hand so Wilson Realize He Cant Lift Me out My Chair He proceed Trying flip my WheelChair Frontwards By Grabbin The Back handle where you push WheelChair am holding ON still So C/o Beau Jones 8648 Tryin To pry My hand of Handle am Holdin He Cant I wont Let go. Next thing you know while I.A Wilson Trying to Lift Me up out Chair He just Started Violently pushing Me in my Right eye while holding Me in My hair I STARted To Screem out Loud for nurse nurse nurse Till I cant hold on no more my eye Closed Right away an Blood Runnin Down face He & C/o Beau Jones 8648 put Me Lay down on ground an He Have his Knee on my Back Holdin my Neck while Beau Jones on My feet. For like few Minutes I Started Say you Bogus as hell punching up Me in my face like that. He Reply Wilson 2653 I dont Do you nothin you try to hit Me an Spit ON Me you Hit your nose on wall or Ground. So He Wilson Tell C/o Jones To go Search Cusion on ground so Jones pick up Cusion Went Outside ROOM At This MOMent Nobody Call on Radio nothing Jones Beau went out ROOM an few Minutes came Back open door Stated His exact Words WALMART Special TT C or TCL That why He actin up dont cant get out Chair. I.A Wilson 2653 Then Tell Him Tell nurse come Clean Him up and go make The Call This like Bout 10MINUtes am on ground. Then nurse came in Wilson was He Bust his nose ON wall or ground I Told Kenzie Think male nurse name no He Beat Me up. Then I was goin in an out Consciousness nurse Said Look like! Then I.A Wilson Started Check my pulse when I conscious So, When put Me Sit in WheelChair Jones asking Wilson if He get Hit? Wilson Woe I dont think so did you get Spit on & Wilson I dont Know I dont Think so Reply To Jones

Wilson Then ask Jones did you get hit? Jones Beau 8648 exact Response was I get Hit in The face But I dont Know if its in The Cell or in Here which is in HCU ROOM I Look ON Jones an I Told him you Know He Bogus as hell Beatin Me up in my face. Jones an Wilson Reply no he didnt Touch you. you Hit your face ON wall or ground

Jones Knowingly Know He watch Wilson Beatin Me up punching Me VIOLENTLY IN MY FACE REPEATEDLY While he holdin Me. The C/o Heck came while I was Sittin up in Wheel Chair I was Wilson Bogus as hell Beat me up. C/o Heck #13787 was no He didnt. I was you wasnt even Here He Response was no I wasnt But you was actin up. So I Look on A Major Standin at door I told Him Wilson Beat Me up He Reply I dont think He do you That Wilson start ask RN if They cant Just do Stitches Here? He Reply I Got to call doctor The P.A do Stitches But not here doctor said I got to go out I went Pinckneyville Emergency get Stitches 6 Then Xray Stated I got facture/orbit Right eye Severly I got to go to A Trauma Center I went University St Louis/Hospital which I took Xtray an Reveal My eye orbit fracture See Me in 2 weeks an ON 6/19/2024 NP St Louis University Stated I need eye Surgery put a iron plate in eye b/c was too severly factured

Like a Summary Like short He Started ask me how much time he punch you 1 2 3 4 I was It dont know Exact number it more Three X or 3X he wont Exact number, was getting my face Beat in an quer statement I was on so much pain morpher pills He gave me Bout 1/4 Sheet an ask if accurate signet it on Bottom. I Realize there are So much space Left on Page an he was not Bein Been four B/c its his Co-worker So, told him I'll Signed Right where the Last word end B/c I dont trust him at all He told go ahead an I Signed where He want me to signet on Bottom Plus, Signed Directly Behind the Last word B/c its too much empty space Left on Page an He could add more stuff

Then I was shp to Lawrence not disciplinary Ticket Beau jones stated while he was attemped to get me out Chair, Punch him in left Jaw wit Closed fist an alleged spit on wilson Bail So as hoppen they asken each other if I Punch jones wilson would have seen Both facing each other. wilson gave me the ticket stated

The opposite wilson stoled he an jones Pat There arm under my armpt an stood me up as soon as do that I turn my head spt at his face an went down nothing boot i panch jones why? B/c i didnt punch jones if i did He could see put it in disciplinery Ticket i was issue

This is boot their took acceuntabliy Gaurentee jones well say what wilson to Knowingly he could get charge for Lying To federal agent B/c he didnt Beat me up Wilson did an He Jones never get punch in face

Relief Requestn continues
I need a fully independent investigation unto this B/c officers get money from States when get hit assualt on job I didnt Hit Jones at all I Kevin Druson willingly agree to take Lie Detector test an pad for it too ① I Didnt Hit Jones He defraudn system he will get money for Lying
② Wilson Beat me up Repeatly in my eyes Jones Beau Right there
③ I Kevin Druson Willingly will gue Report to federal outsde ogent s Like 3 of us Involve do same Please

RECEIVED
JUL 1 1 2024
ADMINISTRATIVE REVIEW BOARD

RECEIVED
JUL 1 1 2024
ADMINISTRATIVE
REVIEW BOARD

in extremely Pain Right eye, Closed down can't open
what happen? Wilson Beat me up while holding
me in my hair At this moment he not coming
just talkin. He Reply you sure B/c there
are no camy he could have to you that B/c
I show his hand there was no Blood or
Bruise. I was mean he Beat me up I was
normal no alcohol or drugs on my system
He was you sure you didn't hit your face on
wall or Ground? I was no I didn't mean
so why Blood was on ground? I was B/c
that where he had me layin face down after
Beat me up. Then I Started get fustrated an
I was is this about defendery wilson or
I thought you said you got ask me about my
injury then he was like yes Then he went
Behind the Computer an tell me to Start
tell him so he write I was He not Bein
Unpartial fair so I gave him Short State
ment B/c I see he have me where he want
fustrated an give me to Read with a
magnify Glass B/c I can't see out left
eye good so I Read word for word,
Realize he wasn't writing ever word for
I word I I was tellen him he was just to

3 of 3

Because Jones cave did u got hit okey alll on
or spit on? wilson I don't got hit an I don't think
I Got spit on. So I look on Jones ap, told
Him u know Wilson Bogus as hell Beatey me up
Jones Reply as Wilson no gone hit your face on
Ground or dead, won goe know I fort i'll make
sure you all get in trouble
80 I A heck #13757 came on I was Wilson
Bogus as hell Beatey me up. hack Reply no
He not. I was u not even here. heck Reply no
I was not. I was yea this not going to be
Right B/c is internal affair to this
I went outside hospital Pinckneyville community
emergency Room to Stitches 6 3 X-RAY then send
Me in ambulance to University of St. Louis
Hospital. ON MAY 31 2024 about 10 1/2 am
or so, Return Pinckneyville C center I was
taken to Internal affair office By I. A
Vaugh Cory. I met A Guy Stated his name
Billy Stonhouse I Believe and Said I got a
few Question to ask you I work out
The director office in Springfield IL
for Southern IL
So Billy was first I want to ask you Bout
your injuries. I Agree even then I was

Housing Unit: HCU  Bed #: 323

**Illinois Department of Corrections**
**Individual in Custody Grievance**

Pilot Program Only

| Date: May 30 2024 | Individual (please print): KEVIN DAWSON | ID #: M53531 | Race (optional): BLK |

Current Facility: MENARD | Facility where grievance issue occurred: PINCKneyVille

Nature of Grievance:
- [ ] Staff Conduct
- [ ] Medical Treatment
- [ ] Disciplinary Report:
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit
- [ ] Dietary
- [x] Personal Property
- [x] Mail Handling
- [ ] PREA
- [ ] HIPAA
- [x] Other (specify): EXCESSIVE Force

Date of Report _____ Facility where issued _____

Note: Protective Custody denials may be grieved immediately via the local administration on the protective custody status notification.

Attach a copy of any pertinent document (such as Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":
- Counselor, unless the issue involves discipline, is deemed and emergency, or is subject to review by the Administrative Review Board
- Grievance Officer, only if the issue involves discipline at the current facility or issue not resolved by counselor
- Chief Administrative Officer, only if EMERGENCY grievance
- Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility, except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

Date & Summary of Grievance (Provide information including a description of what happened, when and where it happened, and name or identifying information for each person involved):

ON MAY 30 2024 I KEVIN DAWSON a paraplegic Was Violently Beaten By internal affair Jonathon Wilson Badge# 2653 Which Lost Me With 6 Stitches To iNiste of Right eye from Holim Me in my Hair while Rapidly Punchim me in My Right eye While I was Handcuff and X RAY at outside Hospital Pinckneyville Reveal I Had a Sever Facture eye ORBit Which Require me Go to Trauma Center That Equip. So I was Sent To University of Saint Louis Hospital for further Testing and X Ray Revieal I Had A Real Bad Facture eye ORBit

[ ] EMERGENCY: Check only if grievance involves substantial risk of imminent personal injury or other serious or irreparable harm to self.
[ ] Check if this is NOT an emergency grievance
[x] Continued on Reverse

Relief Requested: For outside Federal AGENT/ INVestigator To come INVestigate INcident B/c I AWARE LYING To Federal Alzent office is federal offense That Carry Prison time. I AM Willim To Give StateMent AND TAKE Lie Detector Test AND FnterView Jonathon Wilson#2653 Beau Jones #8648 B/c Wilson should Be Charge for Violently infury Me while Beatim Me in My Right eye With Right fist while i was/ Handcuff an Beau Jones# 8648 Holdim my Legs while i was in Wheelchair Which Result in me Getty 6 stitches on Facture eye orbit that Require a Metal

Cont →

| Individual in Custody Signature [K. Dawson] | ID # M53531 | Date 07/08/2024 |

Counselor Response (if applicable): Date Received: _____
[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

RECEIVED
JUL 1 1 2024
ADMINISTRATIVE
REVIEW BOARD

Note to Individual: If you disagree with the counselor's response, it is your responsibility to forward grievance, with counselor's response, to the grievance officer

EMERGENCY REVIEW: Date Received: _____

Is this determined to be of an emergency nature?
[x] Yes, expedite emergency grievance.
[ ] No, an emergency is not substantiated. Individual should submit this Grievance according to standard grievance procedure.

Assigned Grievance #/Institution: _____

First Level Received: _____

Second Level Received: _____

_____ Please check if using if utilizing follow up DOC 0743p

Chief Administrative Officer Signature _____ Date _____

Distribution: Master File, Individual      Page 1 of 2      DOC 0046 (Rev. 06/2022)

Pilot Program Only

Illinois Department of Corrections
Individual in Custody Grievance

ON MAY 30 2024 about 6:15 pm Internal affair Wilson Came with 2 officer to Search My Cell nothing was found so after I was strip the Wilson an Beau Jones 8648 want me to Transfer onto A Regular Chair I Insist I Can't get on Chair He was your going to Segregation now Handcuff me I was Refusing to hand cuff first Till He pull his pepper spray but an Threaten to spray me with Sergeant Stowlad. Straight Stower ask Wilson you want me to spray Him ? Wilson said no. So while we at Table to enter Health Care cent Pinckneyville I was trying to spit But He that my neck Bent so Low and i was why you Hit me while i was cuff up? Wilson #2653 Reply I don't Hit you But i tellen you now if you spit ON me I'll Hit you in your FACE

Beau Jones & Wilson Jonathen took me in office where no Camera an no Body can see Health Care cent

Wilson was let out wheel chair go on Iron stand They call Security stan

I Reply i can't sit on there i Paralyze!
Wilson Reply you going on there we'll Help you
I was i Need see a major.
Wilson was to Beau Jones #8648 Let 1 st him go Wilson was behind me. Beau Jones on Right infront of me. Wilson put Both Hands under my arm Beau Jones try to Lift My Legs.
I was am at an start To Hold ON to my wheelChair Right Hand to Wilson Realize He can't Lift me. Wilson proceed to try Lean wheelChair Toward to Flip me out while Beau Jones Started to try Pry my Hand Loose where am Holding My Chair
I was making Big scene noise next thing Wilson Jonathen #2653 start Jams was Hold me in my Hair while He still Behind me an Beating me in my face. Right eye Rapidly x5!
I STARTED to Scream out Nurse Nurse Nurse still holding on to my wheelChair While Jones Lobin my Leg or try pry my Hand away. He Wilson Beaten me till I Refrase my Hold of Chair Then Throw me to Ground an got his knee in my Back while Jones on my Leg
after few minute Wilson Tell Jones go search That Cushion on Ground. Jones went out Office
I was you Bogus as Hell Beaten me up to Fuller Wilson at that time I can't see out eye He was Beaten me in. Wilson Reply I don't do you nothin. You Hit your nose on wall or Ground. You Right away minutes later Jones Return. WallMart special. That why He was acting up an sent TLC or TCL

Wilson Reply to him Go get nurse to Come Clean Him up an go make the Call Tell Beau Jones
RN Kinzy male nurse Came Wilson was He Buss his nose on wall on Ground. I look no He beat me up I tell nurse. Nurse was oh its a Big cut He probably goin need stitches. Wilson was can't u do it Here? RN was I got to call doctor ob to stitches. P.A But she not Hare Wilson was do He gotta go out? RN will see How deep its. Came Back Stated yes so Put me in wheelChair Major Came i told Major Wilson Beat me up Major Reply I don't Think He do u That Wilson start ask Beau Jones you got Hit? Jones was i got hit in face But don't Know if its in Cell or on Here means office so

Relief Request continue

Plate in my face for Rest of my Life I need Him to Be Hold accountable
B/c when i gave Statement To his fellow I.A Billy Stayhouse who stated He work pod director office by southern Il. He was Not Been Independent But Rather an Defendant Wilson and Stated He don't think Wilson Hit That amount of damage can no place was on His Hand or scratchy or Bruise am in wheelChair cuff up He could spray me He Had spray But Rather injury me